

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2014

No. 04-14-00253-CV

**IN THE INTEREST OF N.L.**, et al., Children,

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00921
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

      The Appellee's Motion for Extension of Time to File Brief is GRANTED. The appellee's brief is due on June 12, 2014.

_____
Catherine Stone, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2014.

_____
Keith E. Hottle
Clerk of Court